FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
5/18/2022 1:08 PM
CLERK OF THE COURT
Catherine Chavez

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

GERALDINE JEWELL,

        Plaintiff,

vs.                                        Case No. D-202-CV-2022-02727

ADMIRAL BEVERAGE CORPORATION,
a foreign profit corporation, and
THE KROGER CO., a foreign profit
corporation, d/b/a SMITH'S FOOD AND DRUG,

        Defendants.

## COMPLAINT FOR PERSONAL INJURIES AND DAMAGES

COMES NOW the plaintiff, Geraldine Jewell, by and through her attorneys of record, Fine Law Firm (Joseph M. Fine and Charlotte L. Itoh), and for her Complaint states that:

1. The Court has jurisdiction over the subject matter and parties to this action pursuant to the court's general jurisdiction.

2. Plaintiff is a resident of Albuquerque, County of Bernalillo, State of New Mexico.

3. The defendants are for profit corporations doing business in the State of New Mexico, and this case arose from the transaction of such business.

4. On July 12, 2019, the plaintiff was shopping at a Smith's Supermarket located at 8100 Wyoming Boulevard NE, Albuquerque, New Mexico; Smith's Supermarket is owned and operated by the defendant, The Kroger Co.

5. On July 12, 2019 the plaintiff tripped and fell as a result of an unguarded pallet of what appeared to be Coors beer; the pallet was not clearly visible to a person approaching the pallet from the plaintiff's direction, and there was no warning of the pallet.

EXHIBIT A

6. The pallet containing beer had been placed in its position by agents and employees of the defendant, Admiral Beverage Corporation.

7. As a result of the negligence of the defendants, Admiral Beverage Corporation and The Kroger Co., the plaintiff sustained personal injuries; with respect to Defendant Admiral Beverage Corporation, such negligence includes, but is not limited to, leaving the pallet in a dangerous position, failing to provide a warning, leaving the pallet unattended, failing to have an individual directing customers away from the pallet, and failing to provide reasonable standards, policies and procedure for its agents and employees with respect to utilizing pallets when a store is open; the negligence of Defendant The Kroger Co. includes, but is not limited to, failing to properly supervise the pallet placement and related activity, failing to monitor, discover and change the dangerous position of the pallet, failing to provide a reasonable warning to customers, and failing to provide reasonable guidelines, policies and procedures for its own agents and employees and those of Defendant Admiral Beverage Corporation with respect to utilizing pallets while a store is open.

8. As a direct result of the defendants' negligence, the plaintiff, Geraldine Jewell, has sustained damages which include, but are not limited to, past and future medical bills, emotional distress, a permanent impairment, pain and suffering and cosmetic disfigurement.

WHEREFORE, Plaintiff, Geraldine Jewell, respectfully requests a reasonable award of damages, her costs herein, pre-judgment interest, post-judgment interest, and any such other and further relief as the Court deems just.

**EXHIBIT A**

Respectfully submitted,

*"Electronically Filed"*

  */s/ Joseph M. Fine*
Joseph M. Fine
Charlotte L. Itoh
Fine Law Firm
220 Ninth St. NW
Albuquerque, NM 87102
Ph. (505) 243-4541
Fax (505) 242-2716

EXHIBIT A

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
5/18/2022 1:08 PM
CLERK OF THE COURT
Catherine Chavez

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

GERALDINE JEWELL,

        Plaintiff,

vs.                                           Case No. D-202-CV-2022-02727

ADMIRAL BEVERAGE CORPORATION,
a foreign profit corporation, and
THE KROGER CO., a foreign profit
corporation,

        Defendants.

## **PLAINTIFF'S LR 2-603 CERTIFICATION REGARDING ARBITRATION**

We, Joseph M. Fine and Charlotte L. Itoh, counsel for Plaintiff, certify that:

\_\_\_  This case <u>is</u> subject to referral to arbitration under Local Rule 2-603. No party seeks relief other than a money judgment and no party seeks an award in excess of $25,000.00 exclusive of punitive damages, interest, costs and attorneys' fees.

\_X\_  This case <u>is not</u> subject to referral to arbitration under Local Rule 2-603, because at least one party seeks an award in excess of $25,000.00, exclusive of punitive damages and exclusive of interest, costs and attorneys' fees.

                                        Respectfully submitted,

                                        *"Electronically Filed"*

                                        */s/ Charlotte L. Itoh*
                                        Joseph M. Fine
                                        Charlotte L. Itoh
                                        FINE LAW FIRM
                                        220 Ninth St. NW
                                        Albuquerque, NM 87102
                                        Ph. (505) 243-4541
                                        Fax (505) 242-2716

**EXHIBIT A**

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
5/24/2022 3:07 PM
CLERK OF THE COURT
DyAnna Garcia

## SUMMONS

| | |
|---|---|
| Court: SECOND JUDICIAL DISTRICT COURT<br>Bernalillo, New Mexico<br>Court Address:<br>400 Lomas Blvd<br>Albuquerque, New Mexico 87102<br>Court Telephone No.: 505-841-7451 | Case Number: D-202-CV-2022-02727<br><br>Assigned Judge: Victor S. Lopez |
| GERALDINE JEWELL<br><br>Plaintiff(s):<br><br>vs.<br><br>ADMIRAL BEVERAGES CORPORATION, a Foreign Profit Corporation, and<br>THE KROGER CO., a foreign profit corporation, d/b/a SMITH'S FOOD AND DRUG,<br><br>Defendant(s): | Defendant: Admiral Beverages Corporation, a Foreign Profit Corporation.<br><br>Address:% Registered Agent<br>CT Corp System<br>206 S. Coronado Ave<br>Espanola, NM 87532 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Courts address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _____ County, New Mexico, this ____ day of _____, 20__    5/18/2022

KATINA WATSON
SECOND JUDICIAL DISTRICT COURT
CLERK OF THE COURT

By: _____
Deputy Clerk

EXHIBIT A

By: _____
Deputy

/s/ JOSEPH M. FINE
JOSEPH M. FINE
CHARLOTTE L. ITOH
Attorney for Plaintiff
Fine Law Firm
220 Ninth St. NW
Albuquerque, NM 87102
(505) 243-4541
(505) 242-2716 Fax

EXHIBIT A

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS
RETURN[1]

STATE OF NEW MEXICO  )
                     )ss
COUNTY OF Bernalillo )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Rio Arriba county on the 23rd day of May, 2022, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]  to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]  to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]  to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]  to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]  to CT Corp System, an agent authorized to receive service of process for defendant Admiral Beverages Corp.

[ ]  to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]  to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of*

EXHIBIT A

*trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_Andrew J Sanchez_
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this 23 day of May, 2022

_____
Judge, notary or other officer
authorized to administer oaths

Notary Public
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
Jennifer Lynn Jarrett
Commission Number 1074159
My Commission Expires: 6/13/22

## USE NOTE

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

EXHIBIT A