IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERALDINE JEWELL

    Plaintiff,

vs.                                                      No. 1:22-cv-00461-KWR-JFR

ADMIRAL BEVERAGE CORPORATION,
a foreign profit corporation, and
SMITH'S FOOD & DRUG CENTERS, INC.,
a foreign profit corporation

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon Plaintiff and Defendant's Admiral Beverage Corporation and Smith's Food and Drug Centers, Inc., (collectively, "Defendants"), Joint Motion to Dismiss with Prejudice (**Doc. 53**), the Court, having considered the Joint Motion, and being advised that all claims that were or that could have been brought by the parties against one another have been amicably resolved, finds that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is **DISMISSED WITH PREJUDICE.** Each party **SHALL BEAR** their own costs and fees.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND APPROVED BY:**

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: : */s/ Alex C. Walker*
    Alex C. Walker
    Abigail Bannon-Schneebeck
    Post Office Box 2168
    500 Fourth Street NW, Suite 1000
    Albuquerque, New Mexico 87103-2168
    Telephone: 505.848.1800
    awalker@modrall.com
    abs@modrall.com
*Attorneys for Defendant Admiral Beverage Corporation*

FINE LAW FIRM

By: *Electronically approved – 2/6/23*
    Joseph M. Fine
    Charlotte L. Itoh
    220 Ninth Street NW
    Albuquerque, New Mexico 87102
    Telephone: 505.243.4541
    patty@thefinelawfirm.com
    charlotte@thefinelawfirm.com
*Attorneys for Plaintiff*

BUTT THORNTON & BAEHR PC

By: *Electronically approved – 2/7/23*
    Michael P. Clemens
    Nicholas D. Nunez
    P.O. Box 3170
    Albuquerque, New Mexico 87190-3170
    Telephone: 505.884.0777
    mpclemens@btblaw.com
    ndnunez@btblaw.com
*Attorneys for Defendant Smith's Food & Drug Centers, Inc.*

*W4604371.DOCX*